UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

PETER PAUPER PRESS, INC.,

                Plaintiff,

    -against-

DALMATIAN PUBLISHING GROUP, LLC,
DALMATIAN PRESS, LLC, ANDERSON PRESS
INCORPORATED, RICHARD HILICKI AND
CHRIS HILICKI,

                Defendants.

------------------------------------------------------------------ x

: 08 Civ.

: RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for plaintiff, Peter Pauper Press, Inc., certifies that plaintiff has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

Dated:  New York, New York
         July 2, 2008

                                      COWAN, LIEBOWITZ & LATMAN, P.C.

                                      By: _____
                                         Ronald W. Meister (rwm@cll.com)
                                         Jason D. Sanders (jds@cll.com)
                                      1133 Avenue of the Americas
                                      New York, New York 10036-6799
                                      Tel: (212) 790-9266
                                      Fax: (212) 575-0671
                                      Attorneys for Plaintiff

22854/006/835732.1